# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BENJARDI B. VIRAY, | |
|     Plaintiff, | Case No. 2:13-cv-02004-APG-NJK |
| vs. | **ORDER** |
| HON. JESSIE E. WALSH, *et al.*, | |
|     Defendants. | |

    This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On May 1, 2014, the Court dismissed this action as frivolous. (Dkt. #2). Judgment was entered on May 2, 2012. (Dkt. #3). Plaintiff has filed a motion for reconsideration. Dkt. #4). Plaintiff has failed to make an adequate showing under either Rule 59(e) or Rule 60(b) to justify granting his motion for reconsideration.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (Dkt. #4) is **DENIED.**

    Dated this 5th day of June, 2014.

                                                                                      _____
                                                                                        UNITED STATES DISTRICT JUDGE